THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAUL D. STANDSBLACK, Appellant. [755 NYS2d 349] —Counsel's motion to be relieved of assignment dismissed as moot.(Appeal from Judgment of Genesee County Court, Noonan, J.—Sexual Abuse, 1st Degree.) Present—Pigott, Jr., P.J., Green, Hayes, Scudder and Lawton, JJ.